UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 07-443-DLB

TAMARA R. ASBERRY                                                                        PLAINTIFF

vs.                                                    **ORDER**

MICHAEL J. ASTRUE,
**Commissioner of Social Security**                                          DEFENDANT

* * * * * * * * * * * * *

This matter is before the Court on Plaintiff's Motion for Summary Judgment (Doc. #9), Defendant's Motion for Summary Judgment (Doc. #10), and the Report and Recommendation of the Magistrate Judge (Doc. #14).

Plaintiff brought this action under 42 U.S.C. § 405(g) to challenge Defendant's final decision to deny Plaintiff's application for Disability Insurance Benefits. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b). On August 22, 2008, the Magistrate Judge filed his Report and Recommendation, concluding that the decision of the administrative law judge ("ALJ") to deny Plaintiff benefits is supported by substantial evidence. He further concluded in that Report and Recommendation that the weight given by the ALJ to the opinion of Plaintiff's treating physician was adequately explained under the governing legal standards and that any processing failure by the ALJ in that respect was *de minimis*.

On September 2, 2008, Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation. (Doc. #15). This Court must make a *de novo* determination of those

portions of the Magistrate Judge's Report and Recommendation to which objection is made, pursuant to 28 U.S.C. § 636(b)(1)(c).

Having considered Plaintiff's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation.  Therefore, Plaintiff's Objections will be overruled.

Accordingly, the Court **ORDERS** that:

(1)   The Report and Recommendation of the Magistrate Judge (Doc. #14) is hereby **adopted** as the Opinion of this Court;

(2)   Defendant's Motion for Summary Judgment (Doc. #10) is hereby **granted;**

(3)   Plaintiff's Motion for Summary Judgment (Doc. #9) is hereby **denied;** and,

(4)   Judgment in favor of Defendant will be entered contemporaneously herewith.

This 25th day of November, 2008.



Signed By:
<u>David L. Bunning</u>   DB
United States District Judge

G:\DATA\SocialSecurity\Orders\6-07-443 Order Adopting R&R.wpd